# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **Ashley B. Bennett** | : | **Civil Action No. 20-cv-05841-AB** |
| **Plaintiff,** | : | |
| vs. | : | **Jury Trial Demanded** |
| **North Penn School District, et al.** | : | |
| **Defendants.** | : | |

| | | |
|---|---|---|
| **Amy L. Sacks** | : | **Civil Action No. 2:20-cv-06155-JS** |
| **Plaintiff,** | : | |
| vs. | : | **Jury Trial Demanded** |
| **Perkiomen Valley School District, et al.** | : | |
| **Defendants.** | : | |

**PLAINTIFFS BENNETT AND SACKS' MOTION TO CONSOLIDATE PURSUANT TO F.R.C.P. 42 and L.R. 40.1**

Plaintiffs respectfully request this Honorable Court for an order consolidating the above cases for joint management through disposition of Motions pursuant to Rules 12 and 56, as these cases have identical legal issues and strikingly similar factual issues. These two lawsuits, seeking remedies under the First and Fourteenth Amendments to the United States Constitution, were filed as a result illegal actions on behalf of public school systems more concerned with stifling free speech than following their Constitutional obligations.

**THE BEASLEY FIRM, LLC**
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

As there are common questions of law in both cases, as set forth in the accompanying Memorandum of Law, consolidation is appropriate. A proposed Order is attached.

Respectfully submitted,

**THE BEASLEY FIRM, LLC**

BY:     */s/ James E. Beasley, Jr.*
            JAMES E. BEASLEY, JR., ESQUIRE
            1125 Walnut Street
            Philadelphia, PA 19107
            215.592.1000
            215.592.8360 (telefax)
            *jim.beasley@beasleyfirm.com*

**FRANCIS ALEXANDER LLC**

BY:     /s/ AJ Fluehr
            ALFRED J. (AJ) FLUEHR, ESQUIRE
            280 N. Providence Road | Suite 1
            Media, PA 19063
            T: (215) 341-1063
            F: (215) 500-1005
            aj@francisalexander.com

            *Attorneys for Plaintiffs*

Dated: 14 December 2020

**THE BEASLEY FIRM, LLC**
1125 WALNUT STREET
PHILADELPHIA, PA 19107
215.592.1000
215.592.8360 (FAX)
WWW.BEASLEYFIRM.COM

*BENNETT V. NORTH PENN SCHOOL DISTRICT, ET AL. & SACKS V. PERKIOMEN VALLEY SCHOOL DISTRICT, ET AL.*
<u>PLAINTIFFS BENNETT AND SACKS' MOTION TO CONSOLIDATE PURSUANT TO F.R.C.P. 42 AND L.R. 40.1</u>