# THE BEASLEY FIRM, LLC

**ATTORNEYS AT LAW**

JAMES E. BEASLEY, JR., M.D., LL.M.
JIM.BEASLEY@BEASLEYFIRM.COM
215.931.2676



NEW JERSEY OFFICE
SUITE 100
1949 BERLIN ROAD
CHERRY HILL, NJ 08003
856.354.0755
FAX: 856.673.0060

**THE BEASLEY BUILDING**
1125 WALNUT STREET
PHILADELPHIA, PA 19107.4997
215.592.1000
888.823.5291
FAX: 215.592.8360
WWW.BEASLEYFIRM.COM

4 January 2021

**Via ECF and electronic mail**
The Honorable Anita B. Brody
United States District Court for Eastern District of Pennsylvania
James A. Byrne United States Courthouse
601 Market Street, Room 7613
Philadelphia, Pennsylvania 19106

      Re:   *Bennett v. North Penn School District, et al.*
             *Case 2:20-cv-05841-AB*

Dear Judge Brody:

     I write on behalf of all counsel to request that Your Honor refer this matter to a Magistrate Judge for potential early resolution. The parties have discussed delaying the deadlines in an attempt to accommodate this possibility. As it stands, January 8, 2021 is the date that Plaintiff's Amended Complaint or Response to the Defendants' Motion to Dismiss is due. If Your Honor is amenable to this request, we were hoping (understanding the limitations that COVID and the holidays place on this timeframe) to receive permission to delay Plaintiff's Amended Complaint or motion Response until 72 hours after the mediation has occurred.

     Please let us know if Your Honor requires anything more of us and we will promptly comply. Thank you very much in advance, and Happy New Year.

                           Respectfully submitted,

                           **THE BEASLEY FIRM, LLC**

                           /s/ James E. Beasley, Jr.
                           **JAMES E. BEASLEY, JR.**

JBJ/rmd
cc:    Justin Barbetta, Esquire
       A.J. Fluehr, Esquire
       Karl Romberger, Esquire