IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY B. BENNETT, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NORTH PENN SCHOOL DISTRICT et al., | : | |
| | : | NO. 20-5841 |
| Defendants. | | |

**ORDER**

**AND NOW**, on this 8th day of June, 2021, it is **ORDERED** that the above-captioned case is placed in **SUSPENSE** pending settlement.[1] It is further **ORDERED** that the Clerk of Court mark this action closed for statistical purposes and place the matter in the Civil Suspense File.

It is further **ORDERED** that **on or before September 1, 2021**, the parties must notify the Court regarding the status of settlement discussions and whether the parties wish to remove the case from suspense.

s/ANITA B. BRODY, J.

ANITA B. BRODY, J.

**COPIES VIA ECF**

---

[1] On February 19, 2021, at the request of the parties, I referred the parties to Judge Strawbridge for settlement discussions. ECF Nos. 14, 20. The parties are still engaged in settlement discussions.