

September 1, 2021

The Honorable Anita Brody
United States District Court
Eastern District of Pennsylvania
601 Market Street
Philadelphia, PA 19106
*Via ECF*

    **Re:** **Bennett v. North Penn School District et al. - 2:20-cv-05841**
    *Unopposed Request to Remove Case from Suspense Pursuant to June 8, 2021 Court Order*

Dear Judge Brody,

Per your June 8, 2021 Order, the parties are supposed to "notify the Court regarding the status of settlement discussions and whether the parties wish to remove the case from suspense." See Doc. No. 29.

At this point, settlement discussions have stalled. Plaintiff respectfully requests that the case be removed from suspense. Defense counsel has represented that this request is unopposed.

Plaintiff requests that the Court set a deadline to file a response to the motion to dismiss, or an Amended Complaint, 14 days after the date of the Court's order unstaying the case.


Respectfully,

*/s/ AJ Fluehr*

Alfred J. Fluehr, Esquire

    *Cc: Karl Romberger, Esquire*