# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ASHLEY B. BENNETT, | : | |
| | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| NORTH PENN SCHOOL DISTRICT et al., | : | |
| | : | NO. 20-5841 |
| Defendants. | | |

## ORDER

**AND NOW**, on this 2nd day of September, 2021, it is **ORDERED** that the Clerk of Court shall **REMOVE** the above-captioned case from Civil Suspense.[1]

It is **FURTHER ORDERED** that Plaintiff must file a response to the Individual Defendants' Motion to Dismiss for Failure to State a Claim Under Fed. R. Civ. Pro. 12(b)(6) (ECF No. 3) or amend the complaint as of right under Fed. R. Civ. Pro. 15(a)(1)(B), **on or before September 17, 2021**.

                                                                s/ANITA B. BRODY, J.
                                                                   ANITA B. BRODY, J.

**COPIES VIA ECF**

---

[1] On February 19, 2021, the Court stayed the case and referred parties to Judge David Strawbridge for settlement discussions. ECF No. 20. The Court ordered the case placed in Suspense on June 8, 2021. ECF No. 29. On September 1, 2021, Plaintiff filed an unopposed request to remove the case from Suspense. ECF No. 30.