IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ASHLEY B. BENNETT**<br>**Plaintiffs,**<br><br>v.<br><br>**NORTH PENN SCHOOL DISTRICT, et al.**<br>**Defendants.** | :<br>:<br>:<br>:<br>:  **CIVIL ACTION NO. 2020-cv-5841**<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## ORDER

**AND NOW**, this __18th__ day of __July__, 2022, upon consideration of the Parties' Joint Motion to Modify Scheduling Order, **IT IS ORDERED** that the Parties' Motion is **GRANTED** and the Court's February 16, 2022 Scheduling Order is modified as follows:

- All discovery must be completed by: Monday, November 28, 2022.

- Plaintiff's expert reports due on or before: Friday, October 28, 2022.

- Defendants' expert reports due on or before: Friday, November 11, 2022.

- Depositions of experts must be completed on or before: Monday, November 28, 2022.

- Dispositive motions due on or before: Friday, December 9, 2022.

IT IS SO ORDERED.

Date: __07-18-2022__                                                  __S/Anita B. Brody__
                                                                                    Hon. Anita B. Brody, J.

Copies ecf _____ to:          Copies mailed _____ to:

{02667387 }